UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cory Larson,<br><br>            Plaintiff,<br><br>     vs.<br><br>Diversified Consultants, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 3:13-cv-02087-MEJ<br><br>**[PROPOSED]** ORDER |

Based on the Motion, counsel may appear telephonically at the Case Management Conference set for August 8, 2013.

Ms. Hussin shall call 24 hours before the CMC date and give a direct phone number for the Court to call. Please call 415-522-4708 with the number.

Date: July 29, 2013

_____
Judge: Hon. Maria-Elena James

IT IS SO ORDERED
Judge Maria-Elena James

3:13-cv-02087-MEJ                                              MOTION FOR TELEPHONIC APPEARANCE