1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9
10
11

Cory Larson,

Case No.: 3:13-cv-02087-MEJ

12

Plaintiff,

[~~PROPOSED~~] ORDER

13

vs.

14

Diversified Consultants, Inc.; and DOES

15

1-10, inclusive,

16

Defendants.

17
18
19

Based on the Motion, counsel may appear telephonically at the Case

Management Conference set for August 8, 2013.

20

Ms. Hussin shall call 24 hours before the CMC date and give a direct
phone number for the Court to call. Please call 415-522-4708 with

21

the number.

Date: July 29, 2013

22

_____

23

Judge: Hon. Maria-Elena James

24
25
26
27
28