UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cory Larson,<br><br>             Plaintiff,<br><br>     vs.<br><br>Diversified Consultants, Inc.; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 3:13-cv-02087-MEJ<br><br>[~~PROPOSED~~] **ORDER** |

Based on the Stipulation of counsel, and for good cause, the Court hereby continues the Initial Case Management Conference to August 15, 2013 at 10:00 a.m.

Date: August 1, 2013                                   _____

                                                                    Judge: Hon. Maria-Elena James

---

3:13-cv-02087-MEJ                                                    STIPULATION TO CONTINUE