# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cory Larson, | Case No.: 3:13-cv-02087-WHO |
| Plaintiff, | **ORDER** |
| vs. | |
| Diversified Consultants, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on Stipulation of counsel, the current proceedings are hereby stayed pending Judge Staton's decision on the stipulation to consolidate. Counsel shall notify the Court as soon as Judge Staton decides whether to consolidate. If no decision has been entered by April 1, 2014, the parites shall file a joint status report on or before April 3, 2014, and participate in a telephonic case management conference on **April 8, 2014**.

**IT IS SO ORDERED**

Date: March 3, 2014                              _____

                                                               Judge: Honorable William H. Orrick