United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    CORY LARSON,
         Plaintiff,
8
9        v.
10   DIVERSIFIED CONSULTANTS, INC.,
         Defendant.
11

Case No. 13-cv-02087-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: Dkt. No. 27

The plaintiff, through counsel, advised the Court that the parties have reached a settlement.

The Court ORDERS that this matter be DISMISSED WITH PREJUDICE and any hearings and deadlines scheduled in this matter are VACATED. The Court further ORDERS that if any party certifies to this Court, with proper notice to opposing counsel, within 60 days from the date of this Order, that settlement has not in fact occurred, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: April 3, 2014



WILLIAM H. ORRICK
United States District Judge